# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Laurie Simpson, | ) | No. 12-2979 |
| | ) | |
| Plaintiff - Appellant | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| Bayer Healthcare, et al., | ) | Case No. 08-5758 (MJD/SRN) |
| | ) | |
| Defendants - Appellees | ) | |

## APPELLANT'S NOTICE REGARDING APPENDIX PREPARATION

Pursuant to 8th Cir. R. 30A(b)(3), Appellant Laurie Simpson hereby provides

notice of her decision to prepare and file a separate appendix.

Date:   September 5, 2012

Respectfully submitted,

s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Tel.: 914.749.8200
Fax.: 914-749-8300
Email: enormand@bsfllp.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the Appellant's Notice Regarding Appendix

Preparation and Certificate of Service using the CM/ECF system, which would then

electronically notify the CM/ECF participants in this case.

**Susan A. Weber**
Sidley & Austin
1 S. Dearborn Street
Suite 2800
Chicago, IL 60603
312-853-7820
saweber@sidley.com

**James Hemmings**
Sidley & Austin
1 S. Dearborn Street
Suite 2800
Chicago, IL 60603
312-853-7820
jhemmings@sidley.com

**Kristin Graham Koehler**
Sidley & Austin
Firm: 202-736-8000
1501 K Street, N.W.
Washington, DC 20005
202-736-8000
kkoehler@sidley.com

**Ryan C. Morris**
Sidley & Austin
Firm: 202-736-8000
1501 K Street, N.W.
Washington, DC 20005
202-736-8000
rmorris@sidley.com

**Peter W. Sipkins**
Dorsey & Whitney
50 S. Sixth Street
Suite 1500
Minneapolis, MN 55402
612-340-2600
sipkins.peter@dorseylaw.com

and by regular U.S. Postal service to:

**Philip S. Beck**
Barlit & Beck
54 W. Hubbard Street
Suite 300
Chicago, IL 60610
312-494-4411

Date:    September 5, 2012

Respectfully submitted,

s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Tel.: 914.749.8200
Fax.: 914-749-8300
Email: enormand@bsfllp.com