# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Laurie Simpson, | ) | No. 12-2979 |
| | ) | |
| Plaintiff - Appellant | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| Bayer Healthcare, et al., | ) | Case No. 08-5758 (MJD/SRN) |
| | ) | |
| Defendants - Appellees | ) | |

## **APPELLANT'S TRANSCRIPT VERIFICATION**

Pursuant to Federal Rules and Procedure 10(b), Appellant Laurie Simpson hereby certifies that all transcripts necessary for this appeal have been ordered and docketed with the United States Court of Appeals for the Eighth Circuit.

Date:   September 5, 2012

                                              Respectfully submitted,

                                              s/ Edward Normand
                                              Edward Normand
                                              Boies, Schiller & Flexner LLP
                                              333 Main Street
                                              Armonk, NY 10504
                                              Tel.: 914.749.8200
                                              Fax.: 914-749-8300
                                              Email: enormand@bsfllp.com

# CERTIFICATE OF SERVICE

I hereby certify that I served the Appellant's Notice Regarding Appendix Preparation and Certificate of Service using the CM/ECF system, which would then electronically notify the CM/ECF participants in this case.

| | |
|---|---|
| **Susan A. Weber**<br>Sidley & Austin<br>1 S. Dearborn Street<br>Suite 2800<br>Chicago, IL 60603<br>312-853-7820<br>saweber@sidley.com | **Kristin Graham Koehler**<br>Sidley & Austin<br>Firm: 202-736-8000<br>1501 K Street, N.W.<br>Washington, DC 20005<br>202-736-8000<br>kkoehler@sidley.com |
| **James Hemmings**<br>Sidley & Austin<br>1 S. Dearborn Street<br>Suite 2800<br>Chicago, IL 60603<br>312-853-7820<br>jhemmings@sidley.com | **Ryan C. Morris**<br>Sidley & Austin<br>Firm: 202-736-8000<br>1501 K Street, N.W.<br>Washington, DC 20005<br>202-736-8000<br>rmorris@sidley.com |
| | **Peter W. Sipkins**<br>Dorsey & Whitney<br>50 S. Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>612-340-2600<br>sipkins.peter@dorseylaw.com |

and by regular U.S. Postal service to:

**Philip S. Beck**
Barlit & Beck
54 W. Hubbard Street
Suite 300
Chicago, IL 60610
312-494-4411

Date: September 5, 2012

Respectfully submitted,

s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Tel.: 914.749.8200
Fax.: 914-749-8300
Email: enormand@bsfllp.com